UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br>  v.<br><br>VICTOR DANTE YOUNG,<br><br>          Defendant.<br>_____ | No. CR 01-40112 CW<br><br>REPORT AND RECOMMENDATION REGARDING DEFENDANT'S ADMISSION OF VIOLATIONS OF THE TERMS AND CONDITIONS OF HIS SUPERVISED RELEASE OR PROBATION |

       The magistrate court recommends to the district court that it accept the defendant's Victor Dante Young admissions to certain violations of the terms and conditions of his supervision as charged in the petition filed on April 5, 2010.  Specifically, on May 12, 2010, the defendant admitted charge three charging that he violated the standard condition that he not commit another federal, state or local crime, admitting specifically that on October 8, 2009, he was found in possession of forged master cards in violation of California Penal Code Section 484.

       The magistrate court makes the following findings:

       1. On the hearing date set forth above, with the assistance of counsel, the defendant waived his right to admit the violations in district court and instead consented to admit the violations in a hearing in magistrate court.  Specifically, the magistrate court advised him that he had a right to admit the violations in district court and that under 28 U.S.C. § 636(b) and Federal Rule of Criminal Procedure 59, he could waive that right and consent to admit the violations in a hearing in magistrate

REPORT AND RECOMMENDATION
CR 01-40112 CW

1 court. The magistrate court also advised him that it would issue a written report recommending that
2 the district court accept the admissions, that the district court would review the recommendation and
3 decide whether to accept the admissions, and that the district court and not the magistrate court
4 would sentence him. The magistrate court also advised him of the procedures (also set forth at the
5 end of this order) for challenging the magistrate court's recommendation. The defendant then
6 waived his right to proceed in district court and consented to the magistrate court's conducting the
7 hearing regarding the admission of the supervised release violations.

8     2. The magistrate court then reviewed, and the defendant acknowledged that he understood,
9 the following: (a) the nature of the charge and the maximum penalty he faced; (b) his rights under
10 Federal Rule of Criminal Procedure 32.1(b)(2); (c) the district court, not the magistrate court, would
11 conduct the sentencing; and (d) the parties' sentencing agreement was not binding on the district
12 court.

13     3. After the advisements set forth in Rule 32.1(b)(2) and summarized here, the defendant
14 waived his right to a Rule 32.1(b)(2) hearing and admitted the charges summarized above. The
15 magistrate court found that he was fully competent and capable of admitting the charges in the
16 petition, that he was aware of the nature of the charges and the consequences of admitting them, and
17 that his admission and waiver of rights were knowing and voluntary. This court thus recommends to
18 the district court that it accept the defendant's admissions.

19     4. Any party may serve and file specific written objections within fourteen days after being
20 served with a copy of this order. *See* 28 U.S.C. § 636(b)(1); Fed. R. Crim. P. 59. Failure to file
21 objections within the specified time may waive a party's right to review. *See* Fed. R. Crim. P. 59(b).

22     5. At the parties' request, this court set the matter for further proceedings before the district
23 court on Wednesday, June 9, 2010, at 2:00 p.m.

24     IT IS SO RECOMMENDED.
25 Dated: May 13, 2010
                                          LAUREL BEELER
26                                           United States Magistrate Judge
27
28

REPORT AND RECOMMENDATION
CR 01-40112 CW                                     2