IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>VICTOR DANTE YOUNG,<br><br>　　　　Defendant.<br>_____/ | No.01-40112 CW<br><br>ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION REGARDING DEFENDANT'S ADMISSION OF THE VIOLATIONS OF THE TERMS AND CONDITIONS OF SUPERVISED RELEASE |

　　　The Court has reviewed Magistrate Judge Laurel Beeler's Report and Recommendation Regarding Defendant's Admission of the Violations of the Terms and Conditions of Supervised Release and adopts the Recommendation in every respect.  Accordingly,

　　　Defendant Victor Dante Young's admission of the violation is accepted by the Court as to charge (3) three of the Amended Petition for Arrest Warrant for Offender Under Supervision filed on April 5, 2010 charging Defendant Victor Dante Young with being in the possession of forged credit cards in violation of California Penal Code Section 484.  Sentencing is set for Wednesday, June 9, 2010 at 2:00 p.m.  The U.S. Probation Office shall prepare a sentencing memorandum and disclose said memorandum to the government and defense counsel.

Dated: 5/28/2010

　　　　　　　　　　　　　　　　　　　CLAUDIA WILKEN
　　　　　　　　　　　　　　　　　　　United States District Judge

cc:　LB, Probation, Wings